Mark A. Neubauer (SBN 73728)
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067-5052
Telephone:(310) 734-3200
Facsimile: (310) 734-3300
Email:      mneubauer@steptoe.com

Harry R. Schafer *pro hac vice*
(Florida SBN 508667)
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard
1100 Miami Center
Miami, Florida  33131
Telephone:   (305) 373-1000
Facsimile:    (305) 372-1861
Email: hschafer@kennynachwalter.com

Attorneys for Plaintiff
LOUIS VUITTON MALLETIER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, <br><br> Plaintiff, <br><br> vs. <br><br> THE FLEA MARKET, INC. d/b/a THE SAN JOSE FLEA MARKET, BUMB & ASSOCIATES, BRIAN BUMB, TIMOTHY BUMB, GEORGE BUMB, JR., JEFFREY BUMB AND PATRICK DE TAR, <br><br> Defendants. | Case No.: CV 09-01062 CW (ADR) <br><br> Hon. Claudia Wilken <br><br> **PROOF OF SERVICE ON DEFENDANT JEFFREY BUMB OF:** <br><br> **(1) SUMMONS AND COMPLAINT;** <br><br> **(2) ECF INFORMATION HANDOUT AND COURT NOTICES; AND** <br><br> **(3) ALL ECF ACTIVITY THROUGH MARCH 23, 2009** |

Case No. CV 09-01062 CW (ADR)
PROOF OF SERVICE ON DEF. JEFFREY BUMB OF: SUMMONS AND COMPLAINT, ETC.

Doc. # CC-202061 v.1

| RETURN OF SERVICE | |
|---|---|
| Service of this summons and complaint was made by me | DATE  Mar 24 2009 |
| NAME OF SERVER (PRINT)  **ROGER PAYNE** | TITLE  **PROCESS SERVER LIC# 322** |

*Method of service indicated below*

☒ JEFFREY BUMB,
6912  CINNAMON DR.,
SPARKS, NV 89436

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service Statement of Service Fees is true and correct.

Executed on   Mar 25 2009
            _____        _____
               Date              Signature of Server

**185 Martin St., Reno, NV 89509**
*Address of Server*

STEP1 271765

(1) As to Who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

1

## AFFIDAVIT

State of Nevada )
) ss.
County of Washoe )

ROGER PAYNE, being first duly sworn deposes and says:

That affiant is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #322, and not a party to, nor interested in the within action affiant received the documents on **Mar 24 2009 10:07AM** and on **Mar 24 2009 6:15PM** affiant personally served a copy of the
**SEE ATTACHED**

on **JEFFREY BUMB**

 6912 CINNAMON DR.
 SPARKS, NV 89436

Affiant does hereby affirm under penalty of perjury that the assertions of this affidavit are true.

_____
ROGER PAYNE

Signed and sworn to before me on **Mar 25 2009**
by ROGER PAYNE

_____
Notary Public

STEPHANIE MARTELL
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 05-97425-2 - Expires June 9, 2009

Reno/Carson
Messenger
Service, Inc.
License #322

185 Martin St
Reno, NV 89509
775-322-2424

RNPERSAF 02/07/00

2

0271765 - STEP1

**Attachment "A"**

# LIST OF DOCUMENTS

1) Civil Cover Sheet;
2) ECF Docket Item 1 - Complaint For Damages For Contributory Infringement of Trademarks and For Injunctive Relief for Contributory Infringement of Trademarks;
3) ECF Docket Item 2 - Summons;
4) ECF Docket Item 3 – Plaintiff's Disclosure Statement;
5) ECF Docket Item 4 - Certification of Interested Entities or Persons;
6) Order Setting Initial Case Management Conference and ADR Deadlines attaching:
   (a) USDC Northern District "Welcome to the USDC for the Northern District of California, Clerk's Office, San Jose Division"
   (b) San Jose Division Schedules
   (c) Notice of Assignment of Case to A United States Magistrate Judge for Trial
       Form Declination to Proceed Before a Magistrate Judge
       Form Consent to Proceed Before a Magistrate Judge
   (d) Judge Howard R. Lloyd Standing Order re Initial Case Management and Discovery Disputes
   (e) Standing Order for All Judges of the Northern District
   (f) San Jose Division Standing Order Regarding Case Management in Civil Cases

7) USDC, Northern District ECF Information Handout attaching:
   (a) General Order No. 45
   (b) Notice of Electronic Availability of Case File Information
   (c) General Order No. 53
   (d) Form Notice of Lawsuit and Request for Waiver of Summons
   (e) Form Waiver of Service of Summons
   (f) Instructions for Completion of ADR Forms Re Selection of an ADR Process (and Local Rule 3-5)
   (g) Form ADR Certification by Parties and Counsel
   (h) Form Stipulation and Proposed Order Selecting ADR Process
   (i) Form Notice of Need for ADR Phone Conference
   (j) Order of the Chief Judge in re Electronic Filing in Cases with Unrepresented Parties

8) General Order No. 40;
9) USDC, Northern District "Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California."
10) ECF Docket Item 5: Order Setting Initial Case Management Conference and ADR Deadlines;
11) ECF Docket Item 6: Report on the Filing or Determination of an Action Regarding a Patent or Trademark;
12) ECF Docket Item 7: Plaintiff's Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States Judge;
13) ECF Docket Item 8: Plaintiff's Application for Admission of Attorney *Pro Hac Vice*;
14) ECF Docket Item 9: Plaintiff's Proposed Order re *Pro Hac Vice*;

**Attachment "A"**

**LIST OF DOCUMENTS (Continued)**

15) ECF Docket Item 10: Clerk's Notice of Impending Reassignment to a United States District Judge;

16) ECF Docket Item 11: Reassignment Order to District Judge Charles R. Breyer;

17) Judge Charles R. Breyer's Standing Order;

18) ECF Docket Item 12: Clerk's Notice (setting a Case Management Conference for 7/17/09 before the Honorable Charles R. Breyer)

19) ECF Docket Item 13: Order Granting Application for Admission of Attorney Pro Hac Vice, Harry R. Schafer by Judge Charles R. Breyer

*Louis Vuitton Malletier v. The Flea Market, Inc., etc. et al.*
USDC, Northern District, Case No. CV 09-01062 CRB (ADR)
Attachment "A" - List of Documents

4

Page 2 of 2