1  Mark A. Neubauer (SBN 73728)
   STEPTOE & JOHNSON LLP
2  2121 Avenue of the Stars, Suite 2800
   Los Angeles, California 90067-5052
3  Telephone:(310) 734-3200
   Facsimile: (310) 734-3300
4  Email:     mneubauer@steptoe.com

5  Harry R. Schafer (Florida Bar No. 508667)
   (*seeking admission pro hac vice*)
6  KENNY NACHWALTER, P.A.
   201 South Biscayne Boulevard
7  1100 Miami Center
   Miami, Florida  33131
8  Telephone:    (305) 373-1000
   Facsimile:    (305) 372-1861
9  
10 Email:hschafer@kennynachwalter.com

11 Attorneys for Plaintiff
   LOUIS VUITTON MALLETIER

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                   SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER,<br><br>Plaintiff,<br><br>vs.<br><br>THE FLEA MARKET, INC. d/b/a THE SAN JOSE FLEA MARKET, BUMB & ASSOCIATES, BRIAN BUMB, TIMOTHY BUMB, GEORGE BUMB, JR., JEFFREY BUMB AND PATRICK DE TAR,<br><br>Defendants. | Case No.: CV 09-01062 CRB (ADR)<br><br>**NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY DEFENDANTS THE FLEA MARKET, INC. D/B/A THE SAN JOSE FLEA MARKET, BUMB & ASSOCIATES, BRIAN BUMB, TIMOTHY BUMB, GEORGE BUMB, JR. AND PATRICK DE TAR** |

The undersigned, as counsel for and on behalf of Defendants The Flea Market, Inc. d/b/a The San Jose Flea Market, Bumb & Associates, Brian Bumb, Timothy Bumb, George Bumb, Jr., and Patrick De Tar (collectively," Defendants") hereby acknowledges service of the Summons and Complaint For Damages For Contributory Infringement of Trademarks and For Injunctive Relief For Contributory Infringement of Trademarks (the "Complaint") in the matter entitled *Louis Vuitton Malletier, etc. v. The Flea Market, Inc. d/b/a The San Jose Flea Market, etc., et al.*, United States District Court for the Northern District of California Case No. CV 09-01062 CRB (ADR).

The undersigned, as counsel for Defendants, further acknowledges service of the following documents:

1) Civil Cover Sheet;
2) ECF Docket Item 1 - Complaint For Damages For Contributory Infringement of Trademarks and For Injunctive Relief for Contributory Infringement of Trademarks;
3) ECF Docket Item 2 - Summons;
4) ECF Docket Item 3 – Plaintiff's Disclosure Statement;
5) ECF Docket Item 4 - Certification of Interested Entities or Persons;
6) Order Setting Initial Case Management Conference and ADR Deadlines attaching:
   (a) USDC Northern District "Welcome to the USDC for the Northern District of California, Clerk's Office, San Jose Division"
   (b) San Jose Division Schedules
   (c) Notice of Assignment of Case to A United States Magistrate Judge for Trial
       Form Declination to Proceed Before a Magistrate Judge
       Form Consent to Proceed Before a Magistrate Judge
   (d) Judge Howard R. Lloyd Standing Order re Initial Case Management and Discovery Disputes

| | | | |
|---|---|---|---|
| 1 | | (e) | Standing Order for All Judges of the Northern District |
| 2 | | (f) | San Jose Division Standing Order Regarding Case Management in Civil Cases |
| 4 | 7) | | USDC, Northern District ECF Information Handout attaching: |
| 5 | | (a) | General Order No. 45 |
| 6 | | (b) | Notice of Electronic Availability of Case File Information |
| 7 | | (c) | General Order No. 53 |
| 8 | | (d) | Form Notice of Lawsuit and Request for Waiver of Summons |
| 9 | | (e) | Form Waiver of Service of Summons |
| 10 | | (f) | Instructions for Completion of ADR Forms Re Selection of an ADR Process (and Local Rule 3-5) |
| 12 | | (g) | Form ADR Certification by Parties and Counsel |
| 13 | | (h) | Form Stipulation and Proposed Order Selecting ADR Process |
| 14 | | (i) | Form Notice of Need for ADR Phone Conference |
| 15 | | (j) | Order of the Chief Judge in re Electronic Filing in Cases with Unrepresented Parties |
| 17 | 8) | | General Order No. 40; |
| 18 | 9) | | USDC, Northern District "Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California." |
| 20 | 10) | | ECF Docket Item 5: Order Setting Initial Case Management Conference and ADR Deadlines; |
| 22 | 11) | | ECF Docket Item 6: Report on the Filing or Determination of an Action Regarding a Patent or Trademark; |
| 24 | 12) | | ECF Docket Item 7: Plaintiff's Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States Judge; |
| 26 | 13) | | ECF Docket Item 8: Plaintiff's Application for Admission of Attorney *Pro Hac Vice*; |
| 28 | 14) | | ECF Docket Item 9: Plaintiff's Proposed Order re *Pro Hac Vice*; |

15) ECF Docket Item 10: Clerk's Notice of Impending Reassignment to a United States District Judge;

16) ECF Docket Item 11: Reassignment Order; and

17) Judge Charles R. Breyer's Standing Order.

On behalf of Defendants, it is hereby agreed that service of the Summons and Complaint is deemed effective personal service on March 27, 2009 and that, pursuant to Federal Rule of Civil Procedure 12(a)(A)(i), the deadline for Defendants to answer or otherwise respond to the Complaint is April 9, 2009.

Coblentz, Patch, Duffy & Bass LLP

Dated: March 27, 2009

By: /s/ Howard A. Slavitt

Howard A. Slavitt
Attorneys for Defendants The Flea Market, Inc. d/b/a The San Jose Flea Market, Bumb & Associates, Brian Bumb, Timothy Bumb, George Bumb, Jr., and Patrick De Tar

Case No. CV 09-01062 CRB (ADR)
NOTICE AND ACKNOWLEDGMENT
OF RECEIPT OF SUMMONS AND COMPLAINT

4

Doc. # CC-201458 v.2