RICHARD R. PATCH (State Bar No. 88049)
HOWARD A. SLAVITT (State Bar No. 172840)
MANI SHEIK (State Bar No. 245487)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-rrp@cpdb.com,
ef-has@cpdb.com,
ef-ms@cpdb.com

Attorneys for Defendants The Flea Market, Inc. d/b/a The San Jose Flea Market, Bumb & Associates, Brian Bumb, Timothy Bumb, George Bumb, Jr. and Patrick DeTar

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE FLEA MARKET, INC. d/b/a THE SAN JOSE FLEA MARKET, BUMB & ASSOCIATES, BRIAN BUMB, TIMOTHY BUMB, GEORGE BUMB, JR., JEFFREY BUMB AND PATRICK DE TAR,<br><br>　　　　Defendants. | Case No. C09-01062<br><br>**ANSWER OF DEFENDANTS THE FLEA MARKET, INC. d/b/a THE SAN JOSE FLEA MARKET, BRIAN BUMB, TIMOTHY BUMB, GEORGE BUMB, JR., AND PATRICK DETAR**<br><br>**DEMAND FOR JURY TRIAL** |

07912.006.1108154v2

Case No. C09-01062

ANSWER OF DEFENDANTS THE FLEA MARKET, INC. d/b/a THE SAN JOSE FLEA MARKET, BRIAN BUMB, TIMOTHY BUMB, GEORGE BUMB, JR. AND PATRICK DETAR

## ANSWER

Defendants The Flea Market, Inc. d/b/a The San Jose Flea Market ("The Flea Market"), Brian Bumb, Timothy Bumb, George Bumb, Jr., and Patrick DeTar (collectively, "Defendants")[1] answer the Complaint of plaintiff Louis Vuitton Malletier ("Plaintiff"), in accordance with the numbered paragraphs thereof, as follows:

### NATURE OF THIS LAWSUIT

1. Defendants deny each and every allegation in paragraph 1.

### JURISDICTION AND VENUE

2. Paragraph 2 asserts a legal conclusion for which no response is required. To the extent a response is required, Defendants deny each and every allegation contained in paragraph 2.

3. Defendants admit that the Court has subject matter jurisdiction of this action. Defendants admit that the Court has personal jurisdiction over them, that the acts complained of allegedly occurred in California and this district, and that all the Defendants named in the Complaint except Jeffrey Bumb reside in and/or are doing business in California and in this District. Defendants admit that venue is proper in this District. Defendants deny that they committed any unlawful acts. Except as expressly admitted, Defendants deny each and every allegation contained in paragraph 3.

### INTRADISTRICT ASSIGNMENT

4. Defendants deny each and every allegation in paragraph 4.

### THE PARTIES

5. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 5, and on that basis deny them.

6. Defendants admit that The Flea Market is a California corporation with its principal place of business located at 1590 Berryessa Road, San Jose, California, 95133. Defendants admit that The Flea Market and Bumb & Associates collectively own the land, buildings, structures and

---

[1] Defendant Bumb & Associates has separately filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and therefore does not join in this Answer.

07912.006.1108154v2     1     Case No. C09-01062

**ANSWER OF DEFENDANTS THE FLEA MARKET, INC. d/b/a THE SAN JOSE FLEA MARKET, BRIAN BUMB, TIMOTHY BUMB, GEORGE BUMB, JR. AND PATRICK DETAR**

1  fixtures at the Market.  Defendants admit that The Flea Market is the entity that enters into leases
2  with vendors, tenants, lessees, and/or concessionaires at the Market.  Except as expressly admitted,
3  Defendants deny each and every allegation contained in paragraph 6.

4        7.      Defendants admit that Bumb & Associates is a California partnership with its
5  principal place of business located at 1590 Berryessa Road, San Jose, California, 95133.
6  Defendants admit that Brian Bumb, Timothy Bumb and George Bumb Jr. are partners in Bumb &
7  Associates.  Defendants admit that The Flea Market pays money to Bumb & Associates pursuant
8  to a lease concerning the land, buildings, structures, and fixtures at the Market.  Except as
9  expressly admitted, Defendants deny each and every allegation contained in paragraph 7.

10        8.      Defendants admit that Brian Bumb resides and does business in this District.
11  Defendants admit that Brian Bumb is a shareholder, director and the President of The Flea Market.
12  Defendants admit that Brian Bumb is a partner in Bumb & Associates.  Defendants admit that, as
13  President of The Flea Market, Brian Bumb manages, supervises, directs, ratifies, authorizes or
14  participates in certain of The Flea Market's operations.  Defendants admit that, as a shareholder of
15  The Flea Market, and separately, as a partner of Bumb & Associates, Brian Bumb is entitled to a
16  portion of each entity's respective profits or distributions, if any.  Except as expressly admitted,
17  Defendants deny each and every allegation contained in paragraph 8.

18        9.      Defendants admit that Timothy Bumb resides and does business in this District.
19  Defendants admit that Timothy Bumb is a shareholder, director and the Vice President of The Flea
20  Market. Defendants admit that Timothy Bumb is a partner in Bumb & Associates.  Defendants
21  admit that, as the Vice President of The Flea Market, Timothy Bumb manages, supervises, directs,
22  ratifies, authorizes or participates in certain of The Flea Market's operations.  Defendants admit
23  that, as a shareholder of The Flea Market, and separately, as a partner of Bumb & Associates,
24  Timothy Bumb is entitled to a portion of each entity's respective profits or distributions, if any.
25  Except as expressly admitted, Defendants deny each and every allegation contained in
26  paragraph 9.

27        10.      Defendants admit that George Bumb Jr. resides and does business in this District.
28  Defendants also admit that George Bumb Jr. is a shareholder, director and the Corporate Secretary

07912.006.1108154v2    2    Case No. C09-01062

**ANSWER OF DEFENDANTS THE FLEA MARKET, INC. d/b/a THE SAN JOSE FLEA MARKET, BRIAN
BUMB, TIMOTHY BUMB, GEORGE BUMB, JR. AND PATRICK DETAR**

Coblentz, Patch, Duffy & Bass LLP
One Ferry Building, Suite 200, San Francisco, California 94111-4213
415.391.4800 • Fax 415.989.1663

of The Flea Market.  Defendants admit that George Bumb Jr. is a partner in Bumb & Associates.  Defendants admit that, as the Corporate Secretary of The Flea Market, George Bumb Jr. manages, supervises, directs, ratifies, authorizes or participates in certain of The Flea Market's operations.  Defendants admit that, as a shareholder of The Flea Market, and separately, as a partner of Bumb & Associates, George Bumb Jr. is entitled to a portion of each entity's respective profits or distributions, if any.  Except as expressly admitted, Defendants deny each and every allegation contained in paragraph 10.

11.    Defendants deny each and every allegation contained in paragraph 11.

12.    Defendants admit that Patrick DeTar is the Reservations Manager of The Flea Market and that, as such, he is the primary contact person at the Market.  Defendants admit that Mr. DeTar has long-standing relationships with certain of the Market's vendors.  Defendants admit that Mr. DeTar has received certain notices of alleged counterfeiting activity.  Defendants admit that, as part of his job responsibilities as Reservations Manager of The Flea Market, Mr. DeTar keeps Brian Bumb apprised of certain events that transpire at the Market, including certain notices of alleged counterfeiting activity.  Defendants admit that, as the Reservations Manager of The Flea Market, Mr. DeTar manages, supervises, directs, ratifies, authorizes or participates in certain of The Flea Market's operations.  Except as expressly admitted, Defendants deny each and every allegation contained in paragraph 12.

13.    Defendants deny each and every allegation contained in paragraph 13.

**LOUIS VUITTON'S PRODUCTS AND INTELLECTUAL PROPERTY**

14.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 14, and on that basis deny them.

15.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 15, and on that basis deny them.

16.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 16, and on that basis deny them.

17.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 17, and on that basis deny them.

ANSWER OF DEFENDANTS THE FLEA MARKET, INC. d/b/a THE SAN JOSE FLEA MARKET, BRIAN BUMB, TIMOTHY BUMB, GEORGE BUMB, JR. AND PATRICK DETAR

18. Paragraph 18 asserts legal conclusions for which no response is required. Defendants deny each and every allegation contained in paragraph 18.

19. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 19, and on that basis deny them.

20. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 20, and on that basis deny them.

21. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 21, and on that basis deny them.

22. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 22, and on that basis deny them.

23. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 23, and on that basis deny them.

24. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 24, and on that basis deny them.

## THE MARKET

25. Defendants admit that the Market was established approximately 50 years ago. Defendants admit that the Market sits on approximately one hundred twenty (120) acres of land. Defendants admit that the Market is the largest or one of the largest open-air flea market in the United States. Defendants admit that the approximately eight (8) miles of aisles at the Market allow for over two thousand (2,000) vendors to sell an array of goods. Defendants admit that approximately four million (4,000,000) people visit the Market each year.

## DEFENDANTS' UNLAWFUL CONDUCT

26. Defendants deny each and every allegation contained in paragraph 26.

27. Defendants deny each and every allegation contained in paragraph 27.

28. Defendants admit that, for a period of time, The Flea Market had a "two strikes" policy. Defendants deny the characterization of the "two strikes policy" in paragraph 28. Except as expressly admitted, Defendants deny each and every allegation in paragraph 28.

29. Defendants deny each and every allegation contained in paragraph 29.

07912.006.1108154v2    4    Case No. C09-01062

ANSWER OF DEFENDANTS THE FLEA MARKET, INC. d/b/a THE SAN JOSE FLEA MARKET, BRIAN BUMB, TIMOTHY BUMB, GEORGE BUMB, JR. AND PATRICK DETAR

Coblentz, Patch, Duffy & Bass LLP
One Ferry Building, Suite 200, San Francisco, California 94111-4213
415.391.4800 • Fax 415.989.1663

1  30.  Defendants admit that The Flea Market had been notified on certain occasions of alleged counterfeiting taking place at the Market, including the alleged counterfeiting of Louis Vuitton's Trademarks. Except as expressly admitted, Defendants deny each and every allegation in paragraph 30.

31.  Defendants deny each and every allegation contained in paragraph 31.

32.  Defendants admit that The Flea Market provides its vendors and tenants with booth spaces, security, parking (for a fee), maintenance of the Market's common grounds (including cleaning and repair), and restrooms. Defendants admit that The Flea Market provides advertising for the Market and that The Flea Market works to attract customers to the Market. Except as expressly admitted, Defendants deny each and every allegation in paragraph 32.

33.  Defendants deny each and every allegation contained in paragraph 33.

34.  Defendants admit that The Flea Market employs personnel to patrol and monitor the activities of patrons and vendors. Except as expressly admitted, Defendants deny each and every allegation contained in paragraph 34.

35.  Defendants admit that The Flea Market requires its tenants and vendors to: 1) refrain from selling certain types of products; 2) sell only in permitted areas; 3) permit inspection by The Flea Market of their products; 4) park only in the spot assigned to them; 5) refrain from being rude to customers; 6) leave the Market by a certain time each day; 7) regulate the volume of any music they play at their space(s); 8) carry certain insurance coverage; 9) provide photographic identification in order to rent space(s) (this requirement applies only to monthly vendors); 10) have a California Resale Permit (this requirement applies only to monthly vendors and vendors who sell goods more than two days within a calendar year); and 11) comply with all of The Flea Market's written terms and conditions. Defendants admit that The Flea Market reserves the right to remove vendors from the Market if the vendors fail to abide by its rules and regulations. Except as expressly admitted, Defendants deny each and every allegation contained in paragraph 35.

36.  Defendants admit that Louis Vuitton has notified The Flea Market that Louis Vuitton has allegedly never authorized the sale of Louis Vuitton merchandise or the use of the

07912.006.1108154v2    5    Case No. C09-01062

**ANSWER OF DEFENDANTS THE FLEA MARKET, INC. d/b/a THE SAN JOSE FLEA MARKET, BRIAN BUMB, TIMOTHY BUMB, GEORGE BUMB, JR. AND PATRICK DETAR**

Louis Vuitton Trademarks at the Market.  Except as expressly admitted, Defendants deny each and every allegation in paragraph 36.

37. Defendants deny each and every allegation contained in paragraph 37.

38. Defendants deny each and every allegation contained in paragraph 38.

39. Defendants deny each and every allegation contained in paragraph 39.

40. Defendants deny each and every allegation contained in paragraph 40.

41. Defendants deny each and every allegation contained in paragraph 41.

42. Defendants deny each and every allegation contained in paragraph 42.

43. Defendants deny each and every allegation contained in paragraph 43.

44. Defendants deny each and every allegation contained in paragraph 44.

45. Defendants deny each and every allegation contained in paragraph 45.

46. Defendants deny each and every allegation contained in paragraph 46.

47. Defendants deny each and every allegation contained in paragraph 47.

48. Defendants deny each and every allegation contained in paragraph 48.

### FIRST CLAIM FOR RELIEF FOR CONTRIBUTORY INFRINGEMENT OF TRADEMARKS

49. Defendants restate and incorporate by reference each of the averments of the paragraphs above as if set forth herein.

50. Defendants deny each and every allegation contained in paragraph 50.

51. Defendants deny each and every allegation contained in paragraph 51.

52. Defendants deny each and every allegation contained in paragraph 52.

53. Defendants deny each and every allegation contained in paragraph 53.

54. Defendants deny each and every allegation contained in paragraph 54.

### SECOND CLAIM FOR RELIEF FOR INJUNCTIVE RELIEF FOR CONTRIBUTORY INFRINGEMENT OF TRADEMARKS

55. Defendants restate and incorporate by reference each of the averments of the paragraphs above as if set forth herein.

56. Defendants deny each and every allegation contained in paragraph 56.

57. Defendants deny each and every allegation contained in paragraph 57.

58. Defendants deny each and every allegation contained in paragraph 58.

Defendants deny all allegations contained within, or implied by, the titles and headings that are not in numbered paragraphs, and deny all other allegations of the Complaint that are not expressly admitted or denied above. Defendants deny that Plaintiff is entitled to any relief.

## AFFIRMATIVE DEFENSES

Defendants assert the following separate and distinct affirmative defenses to Plaintiff's Complaint.

## FIRST AFFIRMATIVE DEFENSE

1. Plaintiff has failed to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

2. Plaintiff's Claims are barred, in whole or in part, by estoppel, including but not limited to, because (a) The Flea Market, Inc. has requested from Plaintiff, or its agents or representatives, to be trained on how to determine whether products were counterfeit or otherwise allegedly infringed Plaintiff's marks, but Plaintiff and its agents or representatives have refused to provide such training; and/or (b) when The Flea Market, Inc. has requested that Plaintiff or its agent or representative investigate a particular vendor or vendors, such investigations have not occurred expeditiously and/or were not carried out effectively.

## THIRD AFFIRMATIVE DEFENSE

3. Plaintiff's Claims are barred, in whole or in part, by the doctrine of unclean hands, including but not limited to, because (a) The Flea Market, Inc. has requested from Plaintiff, or its agents or representatives, to be trained on how to determine whether products were counterfeit or otherwise allegedly infringed Plaintiff's marks, but Plaintiff and its agents or representatives have refused to provide such training; and/or (b) when The Flea Market, Inc. has requested that Plaintiff or its agent or representative investigate a particular vendor or vendors, such investigations have not occurred expeditiously and/or were not carried out effectively.

07912.006.1108154v2     7     Case No. C09-01062

ANSWER OF DEFENDANTS THE FLEA MARKET, INC. d/b/a THE SAN JOSE FLEA MARKET, BRIAN BUMB, TIMOTHY BUMB, GEORGE BUMB, JR. AND PATRICK DETAR

### FOURTH AFFIRMATIVE DEFENSE

4. Plaintiff's Claims are barred, in whole or in part, by the First Amendment to the United States Constitution.

### FIFTH AFFIRMATIVE DEFENSE

5. Plaintiff's Claims are barred, in whole or in part, by laches.

### SIXTH AFFIRMATIVE DEFENSE

6. Plaintiff's Claims are barred, in whole or in part, to the extent they are based on conduct occurring outside the relevant statute(s) of limitations.

### PRAYER FOR RELIEF

FOR THE ABOVE REASONS, Defendants request, with respect to Plaintiff's Complaint, that this Court:

A. Enter judgment against Plaintiff and in favor of Defendants on each and every Claim for Relief set forth in Plaintiff's Complaint;

B. Enter judgment that Defendants do not contributarily infringe on Plaintiff's trademarks;

C. Enter judgment that Plaintiff is not entitled to injunctive relief;

D. Award Defendants costs, pre-judgment interest and post-judgment interest; and

E. Award Defendants any such other relief as this Court deems just and proper.

### JURY DEMAND

Defendants hereby demand a trial by jury of all issues so triable.

DATED: April 16, 2009         COBLENTZ, PATCH, DUFFY & BASS LLP

By:  /s Mani Sheik /s
MANI SHEIK
Attorneys for Defendants The Flea Market, Inc. d/b/a The San Jose Flea Market, Bumb & Associates, Brian Bumb, Timothy Bumb, George Bumb, Jr. and Patrick DeTar

07912.006.1108154v2    8    Case No. C09-01062

ANSWER OF DEFENDANTS THE FLEA MARKET, INC. d/b/a THE SAN JOSE FLEA MARKET, BRIAN BUMB, TIMOTHY BUMB, GEORGE BUMB, JR. AND PATRICK DETAR