RICHARD R. PATCH (State Bar No. 88049)
HOWARD A. SLAVITT (State Bar No. 172840)
MANI SHEIK (State Bar No. 245487)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California  94111-4213
Telephone: 415.391.4800
Facsimile:  415.989.1663
Email:    ef-rrp@cpdb.com,
          ef-has@cpdb.com,
          ef-ms@cpdb.com

Attorneys for Defendants The Flea Market, Inc. d/b/a the San Jose Flea Market, Bumb & Associates, Brian Bumb, Timothy Bumb, George Bumb, Jr., and Patrick DeTar

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER,<br><br>Plaintiff,<br><br>v.<br><br>THE FLEA MARKET, INC. d/b/a THE SAN JOSE FLEA MARKET, BUMB & ASSOCIATES, BRIAN BUMB, TIMOTHY BUMB, GEORGE BUMB, JR., JEFFREY BUMB AND PATRICK DE TAR,<br><br>Defendants. | Case No. C09-01062 CW<br><br>**DISCLOSURE OF NON-PARTY INTERESTED PERSONS OR ENTITIES** |

Pursuant to Civil L.R. 3-16(c), the undersigned certifies that, other than the parties themselves, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities are currently known to: (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    Leon Schaper

    AnneMarie Bumb

    Lorraine Bumb Trust

DATED:  July 6, 2009          By:    /s  Howard A. Slavitt  s/

    COBLENTZ, PATCH, DUFFY & BASS LLP
    Howard A. Slavitt (State Bar No. 172840)
    ef-has@cpdb.com
    One Ferry Building, Suite 200
    San Francisco, CA  94111-4213
    Telephone:  (415) 391-4800
    Facsimile:  (415) 989-1663

    Attorneys for Defendants The Flea Market, Inc. d/b/a The San Jose Flea Market, Bumb & Associates, Brian Bumb, Timothy Bumb, George Bumb, Jr., and Patrick DeTar