1  Mark A. Neubauer (SBN 73728)
   Meredith M. Moss (SBN 185357)
2  STEPTOE & JOHNSON LLP
   2121 Avenue of the Stars, Suite 2800
3  Los Angeles, California 90067-5052
   Telephone:(310) 734-3200
4  Facsimile: (310) 734-3300
5  Email:     mneubauer@steptoe.com

6  Harry R. Schafer *pro hac vice*
   (Florida SBN 508667)
7  KENNY NACHWALTER, P.A.
   201 South Biscayne Boulevard
8  1100 Miami Center
   Miami, Florida  33131
9  Telephone:   (305) 373-1000
   Facsimile:    (305) 372-1861
10 Email:hschafer@kennynachwalter.com

11 Attorneys for Plaintiff
   LOUIS VUITTON MALLETIER
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                    OAKLAND DIVISION

16

| 17 | LOUIS VUITTON MALLETIER, | Case No.: CV 09-01062 CW (ADR) |
|---|---|---|
| 18 | Plaintiff, | **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 19 | vs. | Current Date:<br>Date: July 14, 2009<br>Time: 2:00 p.m. |
| 20 | | Place: Courtroom 2 |
| 21 | THE FLEA MARKET, INC. d/b/a THE SAN JOSE FLEA MARKET, BUMB & | U.S. Courthouse<br>1301 Clay Street, Suite 400S |
| 22 | ASSOCIATES, BRIAN BUMB, | Oakland, CA 94612-5212 |
| 23 | TIMOTHY BUMB, GEORGE BUMB, JR., JEFFREY BUMB AND PATRICK | Proposed Continued Date:<br>Date: August 4, 2009 |
| 24 | DETAR, | Time: 2:00 p.m.<br>Place: Courtroom 2 |
| 25 | Defendants. | U.S. Courthouse<br>1301 Clay Street, Suite 400S |
| 26 | | Oakland, CA 94612-5212 |
| 27 | | |
| 28 | | |

1 **ORDER**

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Case

3 Management Conference currently scheduled for July 14, 2009 is hereby continued to

4 August 4, 2009, at 2:00 p.m. in Courtroom 2 of this Court.

5

6     7/9/09

7 DATED:_____, 2009    _____
8                                                         THE HONORABLE CLAUDIA WILKEN
                                                        United States District Court Judge

- 1 -

Case No. CV 09-01062 CW (ADR)
ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

Doc. # CC-208764 v.1