| | |
|---|---|
| 1 | Mark A. Neubauer (SBN 73728) |
| 2 | Carla A. Veltman (SBN 223910) |
|   | STEPTOE & JOHNSON LLP |
| 3 | 2121 Avenue of the Stars, Suite 2800 |
|   | Los Angeles, California 90067-5052 |
| 4 | Telephone:(310) 734-3200 |
|   | Facsimile: (310) 734-3300 |
| 5 | Email:     mneubauer@steptoe.com |
|   | Email:     cveltman@steptoe.com |
| 6 | |
|   | Harry R. Schafer *pro hac vice* |
| 7 | (Florida SBN 508667) |
|   | KENNY NACHWALTER, P.A. |
| 8 | 201 South Biscayne Boulevard |
|   | 1100 Miami Center |
| 9 | Miami, Florida  33131 |
|   | Telephone:   (305) 373-1000 |
| 10 | Facsimile:   (305) 372-1861 |
| 11 | Email:hschafer@kennynachwalter.com |
| 12 | Attorneys for Plaintiff |
|   | LOUIS VUITTON MALLETIER |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER,<br><br>            Plaintiff,<br><br>     vs.<br><br>THE FLEA MARKET, INC. d/b/a THE SAN JOSE FLEA MARKET, BUMB & ASSOCIATES, BRIAN BUMB, TIMOTHY BUMB, GEORGE BUMB, JR., JEFFREY BUMB AND PATRICK DETAR,<br><br>            Defendants. | Case No.: CV 09-01062 CW (ADR)<br><br>Hon. Claudia Wilken<br><br>**ORDER RE: STIPULATION RE: PROTECTIVE ORDER**<br><br>[Stipulation Re: Protective Order concurrently filed]<br><br>Place: Courtroom 2<br>        U.S. Courthouse<br>        1301 Clay Street, Suite 400S<br>        Oakland, CA 94612-5212 |

1 **ORDER RE: STIPULATION RE: PROTECTIVE ORDER**

2   Pursuant to the stipulation between Plaintiff Louis Vuitton Malletier and
3 Defendants The Flea Market Inc., Brian Bumb, Timothy Bumb, George Bumb, Jr., and
4 Patrick DeTar (collectively, the "Parties"), **IT IS HEREBY ORDERED** that the
5 Stipulation Re: Protective Order submitted herewith shall be filed and shall control the
6 disclosure of confidential information between the Parties in this action.

7
8        8/25/09
9 DATED: _____     By: _____
10                                    HON. CLAUDIA WILKEN
                                      United States District Court Judge

Case No. CV 09-01062 CW (ADR)
[PROPOSED] ORDER RE: STIPULATION RE: PROTECTIVE ORDER
1
Doc. # CC-211523 v.1