RICHARD R. PATCH (State Bar No. 88049)
HOWARD A. SLAVITT (State Bar No. 172840)
MANI SHEIK (State Bar No. 245487)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California  94111-4213
Telephone: 415.391.4800
Facsimile:  415.989.1663
Email:   ef-rrp@cpdb.com,
            ef-has@cpdb.com,
            ef-ms@cpdb.com

Attorneys for Defendants The Flea Market, Inc. d/b/a The San Jose Flea Market, Bumb & Associates, Brian Bumb, Timothy Bumb, George Bumb, Jr. and Patrick DeTar

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| LOUIS VUITTON MALLETIER, | Case No. C09-01062 |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATED REQUEST FOR SUBSEQUENT CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 16-10(C)** |
| THE FLEA MARKET, INC. d/b/a THE SAN JOSE FLEA MARKET, BUMB & ASSOCIATES, BRIAN BUMB, TIMOTHY BUMB, GEORGE BUMB, JR., JEFFREY BUMB AND PATRICK DE TAR, | Judge:       Honorable Claudia Wilken<br>Courtroom: 2, 4th Floor |
| Defendants. | |

07912.006.1251839v1

Case No. C09-01062

**[PROPOSED] ORDER**

Good cause being shown, IT IS HEREBY ORDERED THAT the Court's Minute Order and Case Management Order (Doc. # 35) ("the Order") is amended to change the date for the next case management conference from October 14, 2010 (as currently set forth on page 1 of the Order) to <u>November 24, 2009 at 2:00 P.M.</u>

IT IS SO ORDERED.

10/27/09

Dated: _____      _____

Claudia Wilken
United States District Judge
Northern District of California

07912.006.1251839v1                    1                    Case No. C09-01062

**[PROPOSED] ORDER**