Mark A. Neubauer (SBN 73728)
Carla A. Veltman (SBN 223910)
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067-5052
Telephone:(310) 734-3200
Facsimile: (310) 734-3300
Email:   mneubauer@steptoe.com
Email:   cveltman@steptoe.com

Harry R. Schafer *pro hac vice*
(Florida SBN 508667)
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard
1100 Miami Center
Miami, Florida  33131
Telephone:   (305) 373-1000
Facsimile:   (305) 372-1861
Email: hschafer@kennynachwalter.com

Attorneys for Plaintiff
LOUIS VUITTON MALLETIER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE FLEA MARKET, INC. d/b/a THE SAN JOSE FLEA MARKET, BUMB & ASSOCIATES, BRIAN BUMB, TIMOTHY BUMB, GEORGE BUMB, JR., JEFFREY BUMB AND PATRICK DETAR,<br><br>    Defendants. | Case No.: CV 09-01062 CW (ADR)<br><br>Hon. Claudia Wilken<br><br>**ORDER**<br><br>Date:   November 24, 2009<br>Time:   2:00 p.m.<br>Place:  Courtroom 2<br>        U.S. Courthouse<br>        1301 Clay Street, Suite 400S<br>        Oakland, CA 94612-5212<br><br>Pretrial Conference: January 25, 2011<br>Trial:               February 7, 2011 |

# ORDER

WHEREAS, on March 11, 2009, Plaintiff LOUIS VUITTON MALLETIER (hereinafter referred to as "Plaintiff" or "Louis Vuitton") filed the instant action ("Action") against Defendants THE FLEA MARKET, INC., d/b/a THE SAN JOSE FLEA MARKET ("FMI"), BUMB & ASSOCIATES, BRIAN BUMB, TIMOTHY BUMB, GEORGE BUMB, JR., JEFF BUMB and PATRICK DE TAR (hereinafter "Defendants") (collectively, the "Parties").

WHEREAS, the Parties have entered into a Confidential Settlement Agreement, settling and resolving all claims between them.

WHEREAS, as part of the Confidential Settlement Agreement, defendant FMI and Plaintiff have stipulated and agreed between them that certain terms shall be enforceable by a court order, without need to file any further action.

NOW, THEREFORE, based on the stipulation of defendant FMI and Plaintiff, the Court **HEREBY ORDERS** as follows:

1. Defendant FMI and Plaintiff Louis Vuitton shall abide by the terms and conditions stipulated to by them on this day in open court.

2. The transcript of this proceeding shall be the record of the stipulated terms and conditions.

3. The Court shall reserve and retain continuing jurisdiction over FMI and Plaintiff to enforce the terms of defendant FMI and Plaintiff's stipulation and Confidential Settlement Agreement.

**IT IS SO ORDERED.**

Dated: 11/24/09

THE HONORABLE CLAUDIA WILKEN
United States District Court Judge

**SO STIPULATED AND AGREED BY:**

| | |
|---|---|
| 1 | Dated: November 24, 2009 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | Dated: November 24, 2009 |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Dated: November 24, 2009

KENNY NACHWALTER, P.A.
HARRY R. SCHAFER

STEPTOE & JOHNSON LLP
MARK A. NEUBAUER
CARLA VELTMAN


By: __/s/ Mark A. Neubauer__
      MARK A. NEUBAUER
Attorneys for Plaintiff LOUIS VUITTON MALLETIER

Dated: November 24, 2009

COBLENTZ, PATCH, DUFFY & BASS LLP
RICHARD R. PATCH
HOWARD A. SLAVITT
MANI SHEIK


By: __/s/ Howard A. Slavitt__
      HOWARD A. SLAVITT
Attorneys for Defendant THE FLEA MARKET, INC.