| | |
|---|---|
| 1 | Mark A. Neubauer (SBN 73728) |
| 2 | Meredith M. Moss (SBN 185357)<br>STEPTOE & JOHNSON LLP |
| 3 | 2121 Avenue of the Stars, Suite 2800<br>Los Angeles, California 90067-5052 |
| 4 | Telephone:(310) 734-3200<br>Facsimile: (310) 734-3300 |
| 5 | Email:     mneubauer@steptoe.com<br>Email:     mmoss@steptoe.com |
| 6 | |
| 7 | Harry R. Schafer *pro hac vice*<br>(Florida SBN 508667) |
| 8 | KENNY NACHWALTER, P.A.<br>201 South Biscayne Boulevard |
| 9 | 1100 Miami Center<br>Miami, Florida  33131 |
| 10 | Telephone:    (305) 373-1000<br>Facsimile:    (305) 372-1861 |
| 11 | Email:hschafer@kennynachwalter.com |
| 12 | Attorneys for Plaintiff<br>LOUIS VUITTON MALLETIER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER,<br><br>            Plaintiff,<br><br>     vs.<br><br>THE FLEA MARKET, INC. d/b/a THE SAN JOSE FLEA MARKET, BUMB & ASSOCIATES, BRIAN BUMB, TIMOTHY BUMB, GEORGE BUMB, JR., JEFFREY BUMB AND PATRICK DETAR,<br><br>            Defendants. | Case No.: CV 09-01062 CW (ADR)<br><br>Hon. Claudia Wilken<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Date:  TBA<br>Time:  TBA<br>Place: Courtroom 2<br>       U.S. Courthouse<br>       1301 Clay Street, Suite 400S<br>       Oakland, CA 94612-5212<br><br>Pretrial Conference: January 25, 2011<br>Trial:                      February 7, 2011 |

| | |
|---|---|
| 1 | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff LOUIS VUITTON MALLETIER ("Plaintiff") and Defendants THE FLEA MARKET, INC. d/b/a THE SAN JOSE FLEA MARKET ("FMI"), BRIAN BUMB, TIMOTHY BUMB, GEORGE BUMB, JR. and PATRICK DETAR (collectively referred to as the "Defendants") stipulate and agree that all claims in the above-captioned action, and the entire action, are hereby dismissed as to all Defendants with prejudice, with all parties to bear their own attorneys' fees and costs. Plaintiff and FMI further agree that this Stipulation of Dismissal with Prejudice does not limit or affect the Court's ability to enforce its Order dated November 24, 2009.

**SO STIPULATED AND AGREED BY:**

                                                  KENNY NACHWALTER, P.A.
                                                HARRY R. SCHAFER

Dated: November 25, 2009        STEPTOE & JOHNSON LLP
                                                MARK A. NEUBAUER
                                                CARLA VELTMAN

                                                By:   /s/ Mark A. Neubauer
                                                        MARK A. NEUBAUER
                                                Attorneys for the Plaintiff

Dated: November 25, 2009        COBLENTZ, PATCH, DUFFY & BASS LLP
                                                RICHARD R. PATCH
                                                HOWARD A. SLAVITT
                                                MANI SHEIK

                                                By:   /s/ Howard A. Slavitt
                                                        HOWARD A. SLAVITT
                                                Attorneys for the Defendants